## STATE OF CONNECTICUT *v.* RONALD COTTON
## (AC 15734)

Foti, Landau and Heiman, Js.

Argued June 4—officially released July 8, 1997

Per Curiam. This appeal is controlled by *State* v. *Jarzbek*, 204 Conn. 683, 529 A.2d 1245 (1987), cert. denied, 484 U.S. 1061, 108 S. Ct. 1017, 98 L. Ed. 2d 982 (1988).

The judgment is affirmed.

## MELANIE G. WATROUS *v.* MARK LOPEZ ET AL.
## (AC 16384)

Heiman, Schaller and Spear, Js.

Argued May 30—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DARNELL TOLES
## (AC 16345)

Dupont, C. J., and Schaller and Spear, Js.

Argued June 2—officially released July 8, 1997

Per Curiam. The judgment is affirmed.